

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00255-CV

_____

JERALD H. MILLER, JR., Appellant

V.

MICHELLE BYROD, ASHLEY HARTSFIELD, CHRISTOPHER MCALLISTER, BRANDON BENNETT, TONY HILLER, SAMUEL CARSON, KRISTINA ROMERO, JERALD CAPSHAW, JOLISHA WELCH, ANASTASIA RAMSEY, CHRIS LIRETTE, BILLY VYERS, DAVID YANCEY, AND J.C. WILLIAMS, Appellees

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-361706-25

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on October 9, 2025. On October 22, 2025, we notified Appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: November 26, 2025